COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




LEE HOTCHKISS, RANDY BOESELT,
CARL MESSER, KEVIN McCAFFREY,
FRED CREIGHTON, RAY CALDWELL,
ROBERT ROOYAKKER, TERRY
HENERSON, AND THAT CLASS OF
PERSONS WHO HAVE BEEN LITTLE
CAESARS FRANCHISEES ANY TIME
FROM DECEMBER 1, 1995 THROUGH
NOVEMBER 9, 1999,


 Appellants,


v.


LITTLE CAESAR ENTERPRISES, INC., 


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


 § 


 §


 §


 §



No. 08-10-00314-CV



Appeal from the


166th District Court


of Bexar County, Texas


(TC# 99-CI-16042)



MEMORANDUM OPINION


 Pending before the Court is Appellants' unopposed motion for voluntary dismissal of this
appeal. See Tex. R. App. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs
are assessed against Appellants. See Tex. R. App. P. 42.1(d).


 GUADALUPE RIVERA, Justice

November 17, 2010


Before Chew, C.J., McClure, and Rivera, JJ.